756

tioner. *Mr. A. H. Sargent* for respondent.

No. 801. TEXAS & PACIFIC RY. CO. *v.* AARON. May 19, 1930. Petition for writ of certiorari to the Court of Civil Appeals, Sixth Supreme Judicial District, of Texas, denied. *Messrs. Joseph H. T. Bibb* and *T. D. Gresham* for petitioner. *Mr. S. P. Jones* for respondent.

No. 802. TWIN CITY WATER SOFTENER CO. ET AL. *v.* AMERICAN DOUCIL CO. May 19, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. F. A. Whiteley* for petitioners. *Messrs. Harvey L. Lechner* and *Paul Synnestvedt* for respondent.

No. 764. GUARANTY TRUST CO., TRUSTEE, *v.* MINNE-APOLIS & ST. LOUIS R. CO. ET AL.;

No. 765. HAWLEY ET AL. *v.* SAME;

No. 826. NEW YORK TRUST CO., TRUSTEE, *v.* SAME;

No. 827. BENNETT COMMITTEE *v.* SAME; and

No. 828. BANKERS TRUST CO., TRUSTEE, *v.* SAME. May 19, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John W. Davis, Frank B. Kellogg, Edwin S. S. Sunderland, Warren S. Carter, Thomas O'G. FitzGibbon,* and *John Junell* for the Guaranty Trust Company, Trustee, and Hawley et al. *Messrs. Joseph M. Hartfield* and *Jesse E. Waid* for the New York Trust Company, Trustee, and The Bennett Committee. *Messrs. Charles Bunn* and *James H. McIntosh* for the Bankers Trust Company, Trustee. *Messrs. Henry W. Taft, Paxton Blair, Alfred A.*